No. 04-00-00015-CR



Alex MENDEZ,


Appellant



v.



The STATE of Texas,


Appellee



From the 186th Judicial District Court, Bexar County, Texas


Trial Court No. 1999-CR-5410W


Honorable Sam Katz, Judge Presiding



Per Curiam


Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Paul W. Green, Justice

 

Delivered and filed: July 31, 2000


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 Appellant filed a motion to dismiss this appeal. The motion is granted. The appeal is
dismissed. See Tex. R. App. P. 42.2(a). Our mandate may be issued early upon proper
motion. Tex. R. App. P. 18.1(c).

 PER CURIAM

DO NOT PUBLISH